

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause number:                01-13-00987-CV

Style:                          Horizon Radiology, PA and Frank C. Powell, M.D.

                                **v** Craig & Craig, LLC & Julie A. Webb

Date motion filed[*]:          January 17, 2014

Type of motion:               Joint motion to extend time to mediate

Party filing motion:          Joint, appellants and appellees

Document to be filed:

Is appeal accelerated?        No

If motion to extend time:

    Original due date:          January 31, 2014

    Number of prior extensions:      0             Current Due date:  January 31, 2014

    Date Requested:          February 24, 2014

Ordered that motion is:

    ☑     Granted

    ☐     Denied

    ☐     Dismissed (*e.g.*, want of jurisdiction, moot)

    **The parties' motion is granted.  The parties shall conduct the mediation in this case by no later than February 24, 2014.  Further, no later than two days from the conclusion of the mediation, the parties and the mediator shall advise the Clerk of this Court in writing whether the parties did or did not settle the underlying dispute, and the mediator shall file with the Clerk of this Court a completed "Appointment and Fee Report—Mediation" form.**

Judge's signature: /s/ Chief Justice Sherry Radack
                ☒ Acting individually    ☐ Acting for the Court
Panel consists of _____
Date:  January 28, 2014

November 7, 2008 Revision